# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO. 1:09CV167

| | |
|---|---|
| **CARL H. KRUMROY, and spouse,**<br>**HARRIET H. KRUMROY,** | ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) |
| **Vs.** | )        **O R D E R** <br> ) |
| **THE ESAB GROUP, INC.,** *et al.,* | ) <br> ) |
| **Defendants.** | ) <br> ) |

 **THIS MATTER** is before the Court on motions of the Defendants Hobart Brothers Company and The Lincoln Electric Company for admission *pro hac vice* of Edward F. Houff, Clare M. Maisano, and Carol A. Zuckerman, to appear as counsel in this matter.

 Upon careful review and consideration,

 **IT IS, THEREFORE, ORDERED** that Defendants' motions are **ALLOWED**, and Edward F. Houff, Clare M. Maisano, and Carol A. Zuckerman, are hereby granted special admission to the bar of this Court, payment of the admission fee for each attorney having been received by the Clerk of this Court.

Signed: May 29, 2009

Lacy H. Thornburg
United States District Judge