# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv167

| | |
|---|---|
| HARRIET H. KRUMROY, individually and as Administrator of the Estate of Carl H. Krumroy,<br><br>Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., *et. al.*,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Application for Admission to Practice *Pro Hac Vice* of Keith E. Coltrain for William T. Hassler as counsel in this matter for Metropolitan Life Insurance Company [Doc. 18].

Having reviewed the motion and finding it proper, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* of Keith E. Coltrain for William T. Hassler as counsel in this matter for Metropolitan Life Insurance Company [Doc. 18] is hereby **GRANTED** and attorney William T. Hassler is hereby granted *pro hac vice*

admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

Signed: June 28, 2012

Martin Reidinger
United States District Judge