IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv167

| | |
|---|---|
| HARRIETT H. KRUMROY, a/k/a Harriet Ann Krumroy, Individually and as Administrator of the Estate of Carl H. Krumroy,<br><br>Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., Independently and as Successor in interest to The Bendix Corporation, a Foreign Corporation, *et. al.*,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on H. Lee Davis, Jr.'s Motion for Admission *Pro Hac Vice* of G. Mark Phillips [Doc. 28].

In the Application, H. Lee Davis, Jr. has certified that G. Mark Phillips is a member in good standing of the South Carolina Bar and will be appearing with H. Lee Davis, Jr., a member in good standing with the Bar of this Court. The applicant has submitted with the Application the full admission fee and has provided the email address of the attorney seeking admission.

**IT IS, THEREFORE, ORDERED** that H. Lee Davis, Jr.'s Motion for Admission *Pro Hac Vice* of G. Mark Phillips [Doc. 28] is hereby **GRANTED** and G. Mark Phillips is hereby **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with H. Lee Davis, Jr.

Signed: December 12, 2012

Martin Reidinger
United States District Judge