IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv167

| | |
|---|---|
| HARRIET H. KRUMROY, a/k/a Harriet Ann Krumroy, Individually and as Administrator of the Estate of Carl H. Krumroy, <br><br> Plaintiff, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL, INC., Independently and as Successor in Interest to Allied Signal, Inc., successor to Allied Corporation as successor in interest to The Bendix Corporation, a Foreign Corporation, and METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss of Plaintiff Harriet H. Krumroy and Defendant Metropolitan Life Insurance Company [Doc. 30].

For the reasons stated in the motion, it will be granted. Defendant Honeywell International, Inc. remains in the action. Plaintiff's counsel

advises that although settlement was reached with that Defendant in December 2012, no settlement funds have yet been received.

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss of Plaintiff Harriet H. Krumroy and Defendant Metropolitan Life Insurance Company [Doc. 30] is hereby **GRANTED** and this action is hereby **DISMISSED WITH PREJUDICE** as to Defendant Metropolitan Life Insurance Company.

**IT IS FURTHER ORDERED** that on or before five (5) business days from entry of this Order, the Defendant Honeywell International, Inc. shall file response explaining why the settlement proceeds have not been distributed or shall file proof of distribution of the same.

Signed: March 14, 2013

Martin Reidinger
United States District Judge